■ ROBERT BERGNER, Appellant-Respondent, v. LOIS BERGNER, Respondent-Appellant.— In an action for divorce (1) the plaintiff husband appeals from so much of an order of the Supreme Court, Nassau County, dated August 28, 1973, as awarded defendant alimony *pendente lite* of $100 per week and exclusive occupancy of the marital residence and denied his cross motion for a severance and trial of his cause of action for defendant's alleged adultery prior to the trial of defendant's counterclaim for alleged cruelty; and (2) defendant cross-appeals from so much of the order as limited the award for alimony *pendente lite* to $100 per week and the award for support of the parties' children *pendente lite* to $75 per week and as referred defendant's request for a counsel fee to the trial court. Order affirmed insofar as appealed from, without costs. No opinion. Hopkins, Acting P. J., Martuscello, Christ, Brennan and Munder, JJ., concur.

■ HAROLD BOLAND, as Administrator of the Estate of ALLEN BOLAND, Deceased, et al., Respondents, v. WILLIAM J. GERRITY, JR., et al., Appellants.— In an action to recover damages for wrongful death and conscious pain and suffering, defendants appeal from a judgment of the Supreme Court, Queens County, entered March 22, 1973, against them and in favor of plaintiff, upon a jury verdict. Judgment reversed, on the law, and new trial granted, with costs to abide the event. The questions of fact have not been considered by this court. In the circumstances of this case, the charge of the court to the jury on the doctrine of last clear chance was erroneous. Gulotta, P. J., Martuscello, Latham, Benjamin and Munder, JJ., concur.

■ JOHN R. DE WITT, Appellant, v. FRANCES DE WITT, Respondent.— In an action for divorce, in which an inquest was taken, plaintiff appeals from an order of the Supreme Court, Dutchess County, dated July 23, 1973, which in effect declined to grant judgment, on the ground that the parties resided in Columbia County, which is outside of the Ninth Judicial District, and that their stipulation selecting Dutchess County as the place of trial was unenforceable and in violation of the law. Appeal dismissed, without costs. The order is not appealable. Gulotta, P. J., Martuscello, Latham, Benjamin and Munder, JJ., concur.